United States Bankruptcy Court
District of Nevada

In re: Case No. 16-12692-led
LAWRENCE BISHOP GRAYUM Chapter 7
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2 User: storylm Page 1 of 1 Date Rcvd: May 18, 2016
 Form ID: odeter Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2016.
db +LAWRENCE BISHOP GRAYUM, 5523 BIG SEA ST, LAS VEGAS, NV 89110-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2016 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2016 at the address(es) listed below:
 BRIAN D. SHAPIRO brian@trusteeshapiro.com,
 assistant@trusteeshapiro.com;cathy@trusteeshapiro.com;nv22@ecfcbis.com
 THERESA L MAINS on behalf of Debtor LAWRENCE BISHOP GRAYUM Theresa@theresamainspa.com,
 theresa@mainsforensicinvestigations.com
 U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov
 TOTAL: 3

NVB 521 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–16–12692–led |
| | CHAPTER 7 |
| LAWRENCE BISHOP GRAYUM | |
| Debtor(s) | ORDER REGARDING AUTOMATIC DISMISSAL UNDER 11 U.S.C. SECTION 521(i) |

The Court has reviewed the file in this case and has determined that the debtor (see note below) has complied with the information filing requirement of 11 U.S.C. Section 521(a)(1) and LR 4002.1. Accordingly,

**IT IS ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. Section 521(i)(1) or (2).

2. If any party in interest has any reason to contest the Court's finding that this case is not subject to automatic dismissal under 11 U.S.C. Section 521(i), that party shall:

    (a) File a Motion for Reconsideration not later than **10** days from the date of the entry of this order. The motion should specifically identify the information and document(s) required by 11 U.S.C. Section 521(a)(1) that the debtor has failed to file.

    (b) Comply with the provisions of LR 9014 and obtain a hearing date and time.

    (c) Serve such motion and notice of hearing on the trustee, debtor and debtor's counsel, if any.

    (d) File a Certificate of Service of the motion and notice of hearing within two business days of filing the motion.

Dated: 5/18/16

Mary A. Schott
Clerk of Court